UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACK BRANDT,

    Plaintiff,

v.

COUNTY OF ST. JOSEPH, et al.,

    Defendants.
_____/

Case No. 1:19-cv-515

HONORABLE PAUL L. MALONEY

## **JUDGMENT**

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated: March 13, 2020        /s/ Paul L. Maloney
      Paul L. Maloney
      United States District Judge